UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE SANCHEZ JIMENEZ,<br><br>                              Petitioner,<br><br>             -against-<br><br>DEPT OF JUSTICE,<br><br>                              Respondent. | 1:22-CV-3735 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued May 12, 2022, dismissing this action without prejudice to any civil action that Jose Sanchez Jimenez may wish to bring in the future,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Jose Sanchez Jimenez may wish to bring in the future.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Jose Sanchez Jimenez at the address listed on the court's docket, and to Young Yil Jo, at 1932 E. Washington Blvd., Pasadena, CA 91104, his address of record in *In re Young Yil Jo*, 1:14-CV-7793 (S.D.N.Y.), and note service on the docket.

SO ORDERED.

Dated: May 12, 2022
    New York, New York

                /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge